# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANN MINK, THE SPECIAL ADMINISTRATOR FOR THE ESTATE OF ANTHONY ELK,

Appellant,

vs.

MICHAEL BERGIN MURPHY, AN INDIVIDUAL,

Respondent.

No. 81348

FILED

SEP 15 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Connie J. Steinheimer, District Judge
David Wasick, Settlement Judge
Galloway & Jensen
Law Office of S. Denise McCurry/Reno
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-33877